UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TURNER W. BRANCH, P.A.

    Plaintiff,

v.                                 No. 1:13-cv-00110- KBM-WPL

WILLIAM SHANE OSBORN and
MEHAFFYWEBER, PC,

    Defendants.

## AFFIDAVIT OF ARTHUR R. ALMQUIST

STATE OF TEXAS    )
                           )
COUNTY OF HARRIS  )

    I, Arthur R. Almquist, being duly sworn upon oath, depose and state as follows:

    1.    I am an attorney and shareholder of MehaffyWeber ("MW").

    2.    I make this affidavit on behalf of MW, and I have personal knowledge of the facts stated in this affidavit, or have knowledge of the stated facts based on my review, as a shareholder of MW, of records kept and maintained by MW as part of MW's regularly conducted business activity pursuant to MW's regular business practice. I am competent to testify to the matters contained herein, and have been authorized by MW to make this affidavit.

    3.    MW is a Texas entity with offices in Houston, Beaumont, and Austin, Texas. MW has no office or physical presence in the State of New Mexico.

    4.    MW represents W. Shane Osborn ("Osborn") in a lawsuit filed in Houston, Texas, against the Branch Law Firm, L.L.P. and Turner Branch (the "Texas lawsuit").

Another Branch entity, Turner W. Branch, P.A. has now filed suit in this Court against MW and Osborn.

5. MW has no attorneys licensed to practice law in the State of New Mexico.

6. I have conducted an investigation within our firm and have found no evidence that any attorney in the firm has ever handled any lawsuit pending in the State of New Mexico.

7. MW has checked PACER for filings involving our firm in New Mexico. We do not believe any exist.

8. I have found no information that any of our attorneys have been admitted *pro hac vice* in New Mexico or are currently admitted. .

11. We performed extensive conflicts checks associated with both the Texas lawsuit and this matter, and our searches did not reveal any MW ties to the State of New Mexico.

12. We do not actively market our services in New Mexico, and do not have any other ties to New Mexico.

FURTHER AFFIANT SAYETH NOT.

_____
Arthur R. Almquist

SUBSCRIBED AND SWORN to before me this 14th day of March, 2013.

*Naomi Castillo*
Notary Public

[Seal: NAOMI CASTILLO, NOTARY PUBLIC, STATE OF TEXAS, MY COMM. EXP. 12/06/2014]

My Commission Expires:

12-6-2014

2686449.doc